# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WILLIAM CHRISTOPHER KINSEY,**
**ADC #662045**                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 4:19-CV-715-BSM-BD**

**FAULKNER COUNTY**
**DETENTION CENTER**                                                          **DEFENDANT**

## RECOMMENDED DISPOSITION

### I.     Procedure for Filing Objections

This Recommended Disposition (Recommendation) has been sent to Judge Brian S. Miller. Mr. Kinsey may file written objections with the Clerk of Court if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Kinsey does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.

### II.    Discussion

William Christopher Kinsey, an Arkansas Department of Correction inmate formerly incarcerated at the Faulkner County Detention Center (Detention Center), filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) In his complaint, Mr. Kinsey claims that he was denied adequate medical

treatment while he was housed at the Detention Center. Mr. Kinsey, however, named the Detention Center as the only Defendant. The Detention Center is not an entity subject to suit in a case such as this. *Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003); *La Garza v. Kandiyohi County Jail*, 18 Fed. Appx. 436 (8th Cir. 2001) (unpub. table op.) Accordingly, the Court gave Mr. Kinsey an opportunity to file an amended complaint to clarify his claims. (#4)

The Court ordered Mr. Kinsey to file an amended complaint within 30 days of October 15, 2019, identifying, and naming as Defendants, the individuals who allegedly failed to provide him adequate medical care. Mr. Kinsey was cautioned that his lawsuit could be dismissed if he did not amend his complaint within the time allowed. To date, he has failed to file an amended complaint, and the time to do so has passed. As the record stands, Mr. Kinsey has not named a defendant that can be sued for redress of civil rights violations.

### III.   Conclusion

The Court recommends that Mr. Kinsey's claims be DISMISSED, without prejudice, based on his failure to amend his complaint, as ordered, and his failure to prosecute this lawsuit.

DATED this 18th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE