IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM CHRISTOPHER KINSEY
ADC #662045                                                                                    PLAINTIFF

v.                              CASE NO. 4:19-CV-00715 BSM

FAULKNER COUNTY
DETENTION CENTER                                                                          DEFENDANT

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 5] has been received. After careful review of the record, the RD is adopted, and this case is dismissed without prejudice based on failure to amend his complaint and failure to prosecute.

IT IS SO ORDERED this 6th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE